IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.                                                              CASE NO.   3:20-CR-336-01(DRD)

ROBERTO ORTIZ-RODRIGUEZ

MOTION NOTIFYING VIOLATIONS TO CONDITIONS OF SUPERVISED RELEASE AND REQUESTING NO ACTION

**COMES NOW, LUIS O. SANTANA, Senior U.S. Probation Officer of this Honorable Court,** presenting an official report on the conduct and attitude of Mr. Roberto Ortiz-Rodriguez, who on September 17, 2024, commenced his supervised release term, which is scheduled to expire on September 16, 2027.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AS FOLLOWS:**

Mr. Ortiz-Rodriguez has incurred the following violations of his supervised release term: MANDATORY CONDITION: **"YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF CONTROLLED SUBSTANCES. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AFTER AS DETERMINED BY THE COURT."**

SPECIAL CONDITION- "THE DEFENDANT SHALL PARTICIPATE IN AN APPROVED SUBSTANCE ABUSE MONITORING AND/OR TREATMENT SERVICES PROGRAM. THE DEFENDANT SHALL REFRAIN FROM THE UNLAWFUL USE OF CONTROLLED SUBSTANCES AND SUBMIT TO A DRUG TEST WITHIN FIFTEEN (15) DAYS OF RELEASE; THEREAFTER, SUBMIT TO RANDOM DRUG TESTING, NO

**LESS THAN THREE (3) SAMPLES DURING THE SUPERVISION PERIOD AND NOT TO EXCEED 104 SAMPLES PER YEAR ACCORDANCE WITH THE DRUG AFTERCARE PROGRAM POLICY OF THE U.S. PROBATION OFFICE APPROVED BY THIS COURT. IF DEEMED NECESSARY, THE TREATMENT WILL BE ARRANGED BY THE OFFICER IN CONSULTATION WITH THE TREATMENT PROVIDER. THE DEFENDANT IS REQUIRED TO CONTRIBUTE TO THE COST OF SERVICES RENDERED (CO-PAYMENT) IN AN AMOUNT ARRANGED BY THE PROBATION OFFICER BASED ON THE ABILITY TO PAY OR AVAILABILITY OF THIRD-PARTY PAYMENT."**

On October 3, 2024, Mr. Ortiz-Rodriguez provided a urine sample that tested positive for marijuana. On February 11, 2025, another sample was collected, yielding positive results for cocaine and marijuana. Subsequently, Mr. Ortiz-Rodriguez agreed to participate in outpatient substance abuse and mental health treatment at Clinica de Tratamiento Psicoterapeutico, a contracted provider. On March 6, 2025, Mr. Ortiz-Rodriguez left his treatment appointment for drug use disorders without authorization. On April 8, 2025, Mr. Ortiz-Rodriguez provided a urine sample that tested positive for cocaine and marijuana.

The U.S. Probation Office and the treatment provider have adjusted the treatment services to address Mr. Ortiz-Rodriguez's problematic use and established a plan to address his triggers. On April 14, 2025, Mr. Ortiz-Rodriguez agreed to enter the Land of Freedom Residential Treatment for drug use disorders in San Sebastian. Upon his release from the residential treatment program, he will continue participating in outpatient treatment.

**WHEREFORE,** in view of the aforementioned, unless ruled otherwise, it is respectfully requested that this Honorable Court take notice of the content of this motion and allow Mr. Ortiz-Rodriguez to continue under supervised release and to continue receiving treatment services. Further violations will be promptly notified to the Court to request proper action.

In San Juan, Puerto Rico, this 25th day of April 2025

    Respectfully submitted,

    LUIS O. ENCARNACION, CHIEF
    U.S. PROBATION OFFICER

    *s/Luis O. Santana*
    Luis O. Santana, Senior
    U.S. Probation Officer
    Federal Office Building, Room 226
    150 Chardon Avenue
    San Juan, P.R. 00918
    Tel.(787) 766-5596
    Fax (787) 766-5945
    Email: luis_santana@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all pertinent parties in this case.

In San Juan, Puerto Rico, this 25th day of April 2025.

    *s/Luis O. Santana*
    Luis O. Santana, Senior
    U.S. Probation Officer